PROB 12C  
(7/93)

Report Date: June 24, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lorena M Sylvester                Case Number: 0980 4:14CR06023-EFS-001

Address of Offender: ▓

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 27, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841 (a)(1)(B)(vii) | |
| Original Sentence: | Probation: 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: January 27, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: January 26, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Lorena Sylvester is considered in violation of her period of supervised release in the Eastern District of Washington by possessing a controlled substance on or prior to June 23, 2014. |
| | On June 23, 2014, contact was made with the defendant at her residence. After several drug related items were located, a search was approved for the defendant's residence.  The defendant admitted to having a syringe containing heroin in her bedroom closet.  The syringe was located and later provided to a Kennewick Police officer. The defendant was detained and transported to the Benton County Jail under case number 14-19096. |
| | It should be noted,  the defendant stated to the undersigned officer, during the contact, that she had contemplated suicide as she was not able to quit using heroin. The defendant further noted  she had a rope to hang herself. When asked where the rope was located, the defendant tried to locate it in a basket and stated someone must have moved it.  The defendant has attempted suicide in the past. This information was passed on to the arresting officer. |

Prob12C
Re: Sylvester, Lorena M
June 24, 2014
Page 2

| | | |
|---|---|---|
| 2 | **Mandatory Condition # 9**: The defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. | |

        **Supporting Evidence**: Lorena Sylvester is considered in violation of her period of supervised release in the Eastern District of Washington by possessing drug paraphernalia on or prior to June 23, 2014.

        During the above noted home contact, a glass tube with white residue was located on a counter top in the livingroom of the defendant's apartment. Also located in the bedroom trash can was a used syringe which the defendant admitted she had used to inject heroin. The defendant also admitted to using the glass pipe to smoke methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/24/2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

June 24, 2014
Date